UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-8023-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RICHARDSON BOCO,
    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. In accordance with 28 U.S.C. §636 (b)(1)(c), and upon defendant's objections to the magistrate's report, this court conducted a *de novo* review of the matter. Upon such review, the court is in complete accord with the magistrate's findings of fact and conclusions of law as set out in the report and recommendation. Accordingly, it is hereby

**ORDERED** and **ADJUDGED** that:

The magistrate judge's report and recommendation are **adopted** and the defendant's appeal is **denied.** The sentencing hearing will be conducted as previously scheduled on **Monday, January 14, 2008,** at **8:30 a.m.** in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __2ND__ day of January, 2008.

**copy furnished:**
AUSA Janice LeClainche
Michael G. Smith, Esq.
United States Probation Office

Daniel T. K. Hurley
United States District Judge